UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* BRIAN D. SACHS,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN E. CUTLER, M.D., and MARTIN E. CUTLER, M.D., P.C., d/b/a CUTLER EYE & SKIN CENTER,<br><br>Defendants. | Civil Action No. 14-11879-IT |

## **ORDER OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Brian D. Sachs (the "Relator"), Martin E. Cutler, M.D., and Martin E. Cutler, M.D., P.C., d/b/a Cutler Eye & Skin Center (collectively, "Dr. Cutler"), filed a Stipulation of Dismissal. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that,

Consistent with, and subject to, the terms of the Settlement Agreement executed by the United States, Dr. Cutler, and the Relator, all claims asserted on behalf of the United States against Dr. Cutler in this action concerning the Covered Conduct as defined in Paragraph D of the Settlement Agreement shall be dismissed with prejudice, and all remaining claims asserted against

Dr. Cutler in this action shall be dismissed with prejudice to the Relator and without prejudice to the United States.

Dated: 7/22/2016

_____
INDIRA TALWANI
UNITED STATES DISTRICT JUDGE